# IN THE SUPREME COURT OF ALABAMA



August 22, 2025

SC-2025-0198

Ex parte Brittani Nicole Bair PETITION FOR WRIT OF MANDAMUS (In re: Jeremy Nicholas Blackerby v. Brittani Nicole Bair) (Autauga Circuit Court: DR-15-900081.02; Civil Appeals: CL-2025-0156).

## <u>ORDER</u>

The petition for writ of mandamus in this cause is denied.

SHAW, J. -- Stewart, C.J., and Wise, Bryan, Sellers, Mendheim, Cook, and McCool, JJ., concur. Lewis, J., recuses himself.

**Witness my hand on August 22, 2025.**

*Megan B. Rhodebeck*

**Clerk of Court,**
**Supreme Court of Alabama**